United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 30, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-51305

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ROBERTO VARGAS-CARRAZCO also known as, Roberto Vargas

Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
---------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's motion to remand the case to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative motion to extend the time to file Appellee's brief fourteen (14) days from the date of the denial of Appellee's motion to vacate and remand is DENIED.

---

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.